UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  2:23-CR-00048-01 |
| VERSUS | : | JUDGE JAMES D CAIN, JR. |
| ARTERIA SCOTT | : | MAGISTRATE JUDGE KAY |

### REPORT AND RECOMMENDATION

Defendant Arteria Scott was indicted by a grand jury sitting in and for the Western District of Louisiana and charged in the Indictment with receiving illegal gratuity by a public official (Count One) and with providing contraband in prison (Count Two). Doc. 1.  Defendant consented to proceed before the undersigned with disposition of the charge found in Count Two, which is a class B misdemeanor, and the matter was referred by the district court.  Docs. 27, 37.

Pursuant to a plea agreement reached with the government, defendant pled guilty to the charge found in Count Two of the Indictment, his plea was accepted, and the matter was referred to probation for a pre-sentence investigation and report. Docs. 28, 30, 29.  Pursuant to that agreement, once defendant pled to Count Two of the Indictment and was sentenced, the government would move to dismiss the charge against defendant in Count One of the Indictment. Defendant was sentenced on November 20, 2023.  Defendant was at all times represented by counsel, Jermaine Lamar Harris.  The government then moved that the remaining counts pending against defendant be dismissed.

Therefore, the undersigned U.S. Magistrate Judge RECOMMENDS that Count One of the Indictment [doc. 1], a felony charge, be dismissed by this honorable court.

Under the provisions of 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n,* 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 20th day of November, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE