**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:23-CR-00048-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ARTERIA SCOTT (01)** | **MAGISTRATE JUDGE KAY** |

### ORDER

Pursuant to the Report and Recommendation (Doc. 43) of the Magistrate Judge,

**IT IS ORDERED** that Oral Motion to Dismiss (Doc. 41) is **GRANTED** and Count 1 of the Indictment as to Arteria Scott is **DISMISSED.**

**THUS DONE AND SIGNED** in Chambers on this 6th day of December, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**